83,807-01

ABEL ACOSTA - CLERK                                    Oct. 23, 2015

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308 CAPITOL STATION

AUSTIN, TEXAS   78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

RE: WR-83,807-01

    PERRY SMART # 1842337

    EASTHAM UNIT

    2665 PRISON RD # 1

    LOVELADY, TX   75851


DEAR MR. ACOSTA - CLERK


    I RECIEVED A COPY OF THE DOCKET SHEET FOR CASE
NUMBER WR-83,807-01, FILED 9-1-2015. ON THIS DOCKET SHEET IT
ONLY STATES WRIT SUBMITTED 9-9-2015. IT SAYS NOTHING ABOUT MY
MOTION FOR EVIDENTIARY HEARING AND 50 PAGE MEMORANDUM OF LAW
IN SUPPORT OF MY 11.07 THAT WAS FILED WITH MY HABEAS CORPUS.
INCLUDED IN THAT MEMORANDUM IS TEN EXHIBITS. FROM - A TO J
I NEED TO KNOW WAS IT FILED WITH MY WRIT AND WHY IS'NT IT
LISTED ON DOCKET. WOULD YOU PLEASE FORWARD A FILE STAMP COPY
OF SAID MEMORANDUM TO ME FOR CLARIFICATION, FOR MY RECORDS.
ANY HELP OR ASSISTANCE WILL BE GREATLY APPRECIATED IN THIS
MATTER. THANK YOU FOR YOUR CONSIDERATION.

                                        RESPECTFULLY

                                        Perry Smart